# EXHIBIT A

# EXHIBIT A

COPY

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

I.Q. DATA INTERNATIONAL, INC.; Does 1-10 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ERIC NIEDERBERGER

BY FAX

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*
FILED
Superior Court Of California,
Sacramento
04/24/2017
jmora
By _____ , Deputy
Case Number:
**34-2017-00211432**

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. *¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | CASE NUMBER:<br>*(Número del Caso):* |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Superior Court of Sacramento<br><br>720 9th Street<br>Sacramento, CA 95814 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Todd M. Friedman, 21550 Oxnard St., Suite 780  Woodland Hills, CA 91367, 877-206-4741

| DATE:<br>*(Fecha)* | APR 2 4 2017 | Clerk, by<br>*(Secretario)* | J. MORA | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* **I.Q. Data International, Inc.**

   under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

COPY

1  Todd M. Friedman (216752)
2  Adrian R. Bacon (280332)
   Law Offices of Todd M. Friedman, P.C.
3  21550 Oxnard St., Suite 780
   Woodland Hills, CA 91367
4  Phone: 877-206-4741
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  abacon@toddflaw.com
7  Attorneys for Plaintiff

FILED
Superior Court Of California,
Sacramento
04/24/2017
jmora
By_____, Deputy
Case Number:
34-2017-00211432

**BY FAX**

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA
9               FOR THE COUNTY OF SACRAMENTO
                     LIMITED JURISDICTION

10
11  ERIC NIEDERBERGER,                    )   CASE NO.:
                                          )
12              Plaintiff,                )   COMPLAINT
                                          )
13  -vs-                                  )   1.  Violation of Rosenthal Fair Debt
                                          )       Collection Practices Act
14                                        )   2.  Violation of the Federal Fair Debt
                                          )       Collection Practices Act
15  I.Q. DATA INTERNATIONAL, INC.; Does 1-)   3.  Violation of California Consumer
16  10 inclusive,                         )       Credit Reporting Agencies Act
                                          )
17              Defendant.                )   (Amount Not to Exceed $10,000)

18                          **I. INTRODUCTION**

19      1.  This is an action for damages brought by an individual consumer for Defendant's

20  violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, et seq.

21  (hereinafter "RFDCPA") and the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692

22  et seq., both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair

23  practices; and for Defendant's violations of the California Consumer Credit Reporting Agencies

24  Act, California Civil Code § 1785.25 (a) (hereinafter "CA CCRA"), which regulate the

25  collection, dissemination, and use of consumer information, including consumer credit

26  information

27  ///
28  ///

                                    1

## II. PARTIES

2.      Plaintiff, ERIC NIEDERBERGER ("Plaintiff"), is a natural person residing in SACRAMENTO County in the state of California, and is a "debtor" as defined by Cal Civ Code §1788.2(h).  Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3.      At all relevant times herein, Defendant, I.Q. DATA INTERNATIONAL, INC. ("Defendant"), was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5) and as a "consumer debt," as defined by Cal Civ Code §1788.2(f).  Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the is a FDCPA, 15 U.S.C. §1692a(6), and the RFDCPA, Cal Civ Code §1788.2(c).      Further, Defendant regularly provides information to consumer reporting agencies and is therefore an "information furnisher" as defined by the CA CCRA.

## III. FACTUAL ALLEGATIONS

4.      At one or more times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant reported derogatory information on Plaintiff's credit report.  Defendant alleges that Plaintiff owes a past due balance.  However, Plaintiff is informed, upon valid information and belief, that the reporting is inaccurate.

5.      Due to the reporting, Plaintiff suffered emotional stress and a tarnished credit score that could, will, and/or will continue to, prevent her from certain purchases and/or loans.

6.      Defendant's conduct violated the RFDCPA and FDCPA in multiple ways, including but not limited to:

      a) Falsely representing the character, amount, or legal status of Plaintiff's debt (§ 1692e(2)(A));

      b) Communicating or threatening to communicate credit information which is known or which should be known to be false (§ 1692e(8));

      c) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§ 1692e(10);

      d) Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (§ 1692f);

2

e) Collecting an amount from Plaintiff that is not expressly authorized by the agreement creating the debt (§ 1692f(1));

f) Collecting an amount from Plaintiff that is not permitted by law (§ 1692f(1));

7.    As stated, Defendant has also been providing derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to various credit reporting agencies, as that term is defined by 15 U.S.C. 1681a(f).

8.    Defendant is aware that the credit reporting agencies to which they are providing this information are going to disseminate this information to various other persons or parties who will be reviewing this information for the purpose of extending credit, insurance or employment.

9.    As a result of Defendant's inaccurate reporting of Plaintiff's accounts, Plaintiff's credit score decreased.  Plaintiff was and/or will be denied future loans due to the derogatory items placed by Defendant on Plaintiff's credit report.

10.    The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a debtor and Plaintiff's credit worthiness.

11.    The credit reports have been and continue to be disseminated to various persons and credit grantors, both known and unknown.

12.    Plaintiff has been damaged, and continues to be damaged, in the following ways:

   a. Emotional distress and mental anguish associated with having incorrect derogatory personal information transmitted about Plaintiff to other people both known and unknown; and
   b. Decreased credit score which may result in inability to obtain credit on future attempts.

13.    At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of Defendant herein.

14.    At all times pertinent hereto, the conduct of Defendant, as well as that of its agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of Plaintiffs herein.

3

15.     Defendant's conduct was a direct and proximate cause, as well as a substantial factor, in causing the injuries, damages and harm to Plaintiff that are outlined more fully above, and as a result, Defendant is liable to compensate Plaintiff for the full amount of statutory, actual and punitive damages, along with attorneys' fees and costs, as well as such other relief permitted by law.

16.     As a result of the above violations of the RFDCPA, FDCPA, and CA CCRA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

**COUNT I: VIOLATION OF ROSENTHAL
FAIR DEBT COLLECTION PRACTICES ACT**

17.     Plaintiff reincorporates by reference all of the preceding paragraphs.

18.     To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A.     Actual damages;
B.     Statutory damages for willful and negligent violations;
C.     Costs and reasonable attorney's fees; and
D.     For such other and further relief as may be just and proper.

**COUNT II: VIOLATION OF FEDERAL
FAIR DEBT COLLECTION PRACTICES ACT**

19.     Plaintiff reincorporates by reference all of the preceding paragraphs.

20.     To the extent that Defendant's actions, counted above, violated the FDCPA, those actions were done knowingly and willfully.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

4

A.   Actual damages;
B.   Statutory damages for willful and negligent violations;
C.   Costs and reasonable attorney's fees; and
D.   For such other and further relief as may be just and proper.

## COUNT III: VIOLATION OF THE CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT

21.   Plaintiff incorporates by reference all of the proceeding paragraphs.

22.   California Civil Code § 1785.25 (a) states that a "person shall not furnish information on a specific transaction or experience to any consumer credit reporting agency if the person knows or should know the information is incomplete or inaccurate."

23.   California Civil Code § 1785.25 (b) states that a furnisher that determines a report to a credit reporting agency is not accurate or complete shall promptly notify the consumer reporting agency of that determination and provide corrections to the consumer reporting agency that is necessary to make the information complete and accurate.

24.   California Civil Code § 1785.25 (c) provides that if the completeness or accuracy of any information on a specific transaction or experience provided to a consumer reporting agency is disputed by the consumer, the furnisher may not continue reporting the information unless it provides a notice to the consumer reporting agency that the information is disputed by the consumer.

25.   Defendant negligently and willfully furnished information to the credit reporting agencies it knew or should have known was inaccurate.

26.   Based on these violations of Civil Code § 1785.25 (a), Plaintiff is entitled to the remedies afforded by Civil Code § 1785.31, including actual damages, attorney's fees, pain and suffering, injunctive relief, and punitive damages in an amount not less than $100 nor more than $5,000, for each violation as the Court deems proper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for the following:

(a)  Actual damages;
(b) Statutory damages;
(c) Costs and reasonable attorney's fees;
(d) For such other and further relief as the Court may deem just and proper.

### PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 21st day of April, 2017

By:

Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

6

# Niederberger, Eric
## v.
# IQ Data International, Inc.

### Account # 8165848

1. Brief
2. Call Log
3. Tiger Notes
4. Letters to the Plaintiff(s)
5. Proof
6. Non-conformities: *None on file*

BRIEF
Account # 8165848

1. **PLAINTIFF:** Niederberger, Eric
2. **PLAINTIFF'S COUNSEL:** Todd Friedman
3. **PLAINTIFF'S COUNSEL CONTACT INFO:** 877-206-4741
4. **VENUE:** California
5. **STATUS: DNC**
6. **LIABILITY WINDOW:** 04.24.2016 – 04.24.2017
7. **ALLEGATIONS:**
   a. FDCPA 1692g:   validation of debts
      - Did we properly mark the account as disputed?
      - Did we investigate the dispute with the client?
   b. FCRA 623:   duties of data furnishers
      - When we closed the account, did we update the tradeline to be deleted?
8. **COLLECTOR'S IMPLICATED:** Nicholas Ferguson,
9. **ASSESSMENT:**
10. **IMPORTANT DATES:** Complaint filed 04.24.2017
11. **LAST STEP:** Folder created: 05.11.2017
12. **NEXT STEP:** Attorney review
13. **OUTCOME:**

IQ Data - hydraCORE

# hydraCORE

Login
Client Services
Collections
Phone System
Review System
Sales
Service
Support
Reporting
Quick Links
Administration

© 2014 IQ Data International Inc.

## Search Recordings Via Tiger Account

Tiger Account Number: 8165848

[Search]   [Return To Menu]

| | Source | Destination | CallerID | Call Date | Duration |
|---|---|---|---|---|---|
| Select | 1313 | 9164129339 | 1313 | 2016-12-20 09:22:31 | 0.08 |
| Select | 1313 | 9164129339 | 1313 | 2016-12-20 09:25:19 | 0.48 |
| Select | 1313 | 5303626814 | 1313 | 2016-12-20 09:25:53 | 0.22 |
| Select | 5303626814 | 2003 | "5303626814" <5303626814> | 2016-12-20 09:31:55 | 4.65 |
| Select | 5303626814 | 1319 | "5303626814" <5303626814> | 2016-12-20 09:32:27 | 0.83 |
| Select | 5303626814 | 1313 | "5303626814" <5303626814> | 2016-12-20 09:33:17 | 3.28 |
| Select | 5303626814 | 1313 | "5303626814" <5303626814> | 2016-12-20 09:39:27 | 1.08 |
| Select | 5303626814 | 1313 | "5303626814" <5303626814> | 2016-12-20 09:54:43 | 2.05 |
| Select | 9164129339 | 2003 | "9164129339" <9164129339> | 2016-12-22 09:46:19 | 5.82 |
| Select | 9164129339 | 1312 | "9164129339" <9164129339> | 2016-12-22 09:46:51 | 0.78 |
| Select | 1324 | 9164129339 | 1324 | 2017-01-25 16:57:57 | 0.25 |
| Select | 1334 | 5303626814 | 1334 | 2017-01-26 16:30:41 | 0.02 |
| Select | 9164129339 | vmu1901 | "9164129339" <9164129339> | 2017-02-10 18:34:00 | 0.93 |
| Select | 9164129339 | 2003 | "9164129339" <9164129339> | 2017-02-13 13:36:29 | 1.72 |
| Select | 9164129339 | 1302 | "9164129339" <9164129339> | 2017-02-13 13:37:02 | 1.17 |
| Select | 9164129339 | 2003 | "9164129339" <9164129339> | 2017-02-13 14:14:34 | 6.73 |
| Select | 9164129339 | 1202 | "9164129339" <9164129339> | 2017-02-13 14:15:07 | 6.18 |
| Select | 9164129339 | 1358 | "9164129339" <9164129339> | 2017-02-13 14:15:07 | 1.28 |
| Select | 9164129339 | 2003 | "9164129339" <9164129339> | 2017-02-14 12:01:21 | 8.12 |
| Select | 9164129339 | 1328 | "9164129339" <9164129339> | 2017-02-14 12:01:53 | 0.95 |
| Select | 9164129339 | 1327 | "9164129339" <9164129339> | 2017-02-14 12:02:50 | 6.63 |

Case 2:17-cv-01175-TLN-CKD   Document 1-1   Filed 06/05/17   Page 12 of 30

IQ Data - hydraCORE

| Select | | | | | |
|---|---|---|---|---|---|
| Select | 9164129339 | 2003 | "9164129339" <9164129339> | 2017-02-17 11:11:19 | 3.17 |
| Select | 9164129339 | 1417 | "9164129339" <9164129339> | 2017-02-17 11:11:52 | 1.87 |
| Select | 9164129339 | 1202 | "9164129339" <9164129339> | 2017-02-17 11:13:44 | 0.75 |
| Select | 9164129339 | 2003 | "9164129339" <9164129339> | 2017-02-17 13:15:46 | 10.68 |
| Select | 9164129339 | 1328 | "9164129339" <9164129339> | 2017-02-17 13:16:19 | 1.67 |
| Select | 5303626814 | 2003 | "5303626814" <5303626814> | 2017-03-14 10:07:17 | 4.82 |
| Select | 5303626814 | 1417 | "5303626814" <5303626814> | 2017-03-14 10:07:50 | 2.30 |
| Select | 5303626814 | 2003 | "5303626814" <5303626814> | 2017-03-14 10:25:41 | 3.55 |
| Select | 5303626814 | 1359 | "5303626814" <5303626814> | 2017-03-14 10:26:14 | 2.00 |
| Select | 5303626814 | 2003 | "5303626814" <5303626814> | 2017-03-14 10:33:11 | 3.15 |
| Select | 5303626814 | 1408 | "5303626814" <5303626814> | 2017-03-14 10:33:44 | 0.85 |

```
ALEDFWKC 05/10/17  10:45:17    Print Debtor Work Card                    PAGE  1
Clt MONTAGE APTS (CA)                              Ac# IQD  JRK309 0008165848
Rf# 01MON*01*343*1
Nm1 NIEDERBERGER,ERIC            Desk   CLS Sts  AIE Assignd        4305.59
Nm2                              Assigned    12/13/16 PrincDue      4305.59
Adr 12801 FAIR OAKS BLVD #343    L/Charge    10/05/16 In  7.00 %     179.18
                                 L/Paymnt             Attorney          .00
    CITRUS HEIGHTS, CA 95610     L/Letter   02/17/17 Court            .00
PhN 530-362-6814                 L/Worked   03/15/17 Other            .00
                                 L/Trust             JudInt           .00
                                 N/Review            Misc             .00
Msg                                                 CntgcyFe          .00
                                                    Tot Due      4484.77
                                                    Tot Paid         .00
------------------------------------ HISTORY ------------------------------------
Date     Time  Uid Description               CR Dsk NxtRv Txt NextLtr Sts
-------- ----- --- ----------------------------- -- --- ----- --- ------- ---
12/13/16 07:44 KKN New Assignment                Y  955 12/13    1 12/13 NEW
12/13/16 07:52 KKN SCANNED MISC CORRESPONDENCE   Y  955 12/13            NEW
        #LW="000000"
    ATTACHED MISCELLANEOUS DOCUMENTS TO THIS ACCOUNT,  PLEASE REVIEW
12/13/16 16:12 SEH FIX CREDIT REPORTING          Y  955 12/13            NEW
        #TF="Y" #T1=" " #T2=" " #T3=" " #T4=" " #LW="151923"
    UPDATED CREDIT REPORTING
12/13/16 16:59 ELJ Ltr to 01 INITIAL NOTICE-DBTR 1  Y  955 12/13 R01 2 12/13 NEW
12/13/16 16:59 ELJ Ltr to 01 INITIAL NOTICE-DBTR 2  Y  955 12/13 R02 3 12/13 NEW
12/13/16 16:59 ELJ Ltr to 01 INITIAL NOTICE-DBTR 3  Y  955 12/13 R03 4 12/13 NEW
12/13/16 16:59 ELJ Ltr to 01 INITIAL NOTICE-DBTR 4  Y  955 12/13 R04 5 12/13 NEW
12/13/16 16:59 ELJ Ltr/Ser Completed             Y  955 12/13            NEW
12/14/16 21:16 HIL SCANNED MISC CORRESPONDENCE   Y  955 12/13.           NEW
        #LW="151923"
    ATTACHED MISCELLANEOUS DOCUMENTS TO THIS ACCOUNT,  PLEASE REVIEW
12/15/16 09:54 KCE Demographics Change           Y  955 12/13            NEW
    Addr1 Chg:12801 FAIR OAKS BLVD #343 TO 4024 AITKEN DAIRY RD
    City Chg:CITRUS HEIGHTS TO ROCKLIN
    ZipCd Chg:95610 TO 95677-4026
    MR Flag Chg:  TO N
    Phn2 Chg: TO 0000000000
    Sequence# 01
12/15/16 09:54 KCE *NCOA ADDRESS UPDATED*        Y  955 12/13            NEW
12/15/16 09:55 KCE **ENTERED MAIL RETURNED**     Y  955 12/13            NEW
    Mail Return Letter# R02  Reason Moved Left No Forward
12/20/16 08:09 HIL Dsk Chg:955 To HGH            Y  HGH 12/13            NEW
12/20/16 08:09 HIL Desk Reassignment             Y  HGH 12/13            NEW
12/20/16 08:46 DH  Dsk Chg:HGH To 004            Y  004 12/13            NEW
12/20/16 08:46 DH  Desk Reassignment             Y  004 12/13            NEW
12/20/16 09:54 NJF THN-PHONE HOME#, NO MSG LEFT  Y  004 12/20            NEW
    916 412 9339
    THN-PHONE HOME#, NO MESSAGE LEFT
12/20/16 09:26 NJF THN-PHONE HOME#, NO MSG LEFT  Y  004 12/20            NEW
    THN-PHONE HOME#, NO MESSAGE LEFT
    6814
12/20/16 09:26 NJF SKIP TRACING-INTERNET         Y  004 12/20            NEW
    SSI-SKIP TRACING ACCOUNT ON THE INTERNET
```

```
ALEDFWKC 05/10/17  10:45:17    Print Debtor Work Card              PAGE  2
    FB Z2 FOUND POE 866 415 4719
12/20/16 09:29 NJF TPT-CALLED POE-3RD PARTY        Y  004 12/20            NEW
    866 415 4719
    TPT-PHONED PLACE OF EMPLOYMENT, SPOKE TO 3RD PARTY:
    ASK FOR Z WOP SD WILL TRY AND PAGE HIM NML
12/20/16 09:31 NJF TPN-CALLED POE-NO MSG LFT       Y  004 12/20            NEW
    4719
    TPN-PHONED PLACE OF EMPLOYMENT, NO MESSAGE LEFT
    SD WAS PAGING Z CALL DROOEPD
12/20/16 09:37 NJF TPT-CALLED POE-3RD PARTY        Y  004 12/20            NEW
    TPT-PHONED PLACE OF EMPLOYMENT, SPOKE TO 3RD PARTY:
    IN2-RECEIVED INCOMING CALL FROM DEBTOR2 REGARDING:
    GM/ID Z2 CALLED IN SD HE TA;KLED WITH APTS WHO TOLD Z HE DOESNT
    OWE AND HE HAS LETTER FROM THEM STSTAINMG HIM AND Z1 DOESNT OWE AND HE
    IS GONNA EMAIL PROOF THAT THEY WILL NOT PUT IT OPN CREDIT
12/20/16 09:37 NJF IN2-INCOMING CALL-DBTR2         Y  004 12/20            NEW
12/20/16 09:37 NJF Z IS DISPUTING THIS ACCOUNT.    D  004 12/20            NEW
    WE HAVE RECEIVED A DISPUTE FROM THE CONSUMER IN WRITING OR VERBALLY.
    WE HAVE CHANGED THE CREDIT REPORTING TO INDICATE THE DISPUTED STATUS
12/20/16 09:37 NJF Sts Chg:NEW To PHN              D  004 12/20            PHN
12/20/16 09:37 NJF NO RESOLUTION                   D  004 12/20            PHN
    NRS-SPOKE TO DEBTOR NO RESOLUTION ON CALL
12/20/16 09:40 NJF IN2-INCOMING CALL-DBTR2         D  004 12/20            PHN
    IN2-RECEIVED INCOMING CALL FROM DEBTOR2 REGARDING:
    Z2 SD HE SENT EMAIL
12/20/16 09:57 NJF IN2-INCOMING CALL-DBTR2         D  004 12/20            PHN
    IN2-RECEIVED INCOMING CALL FROM DEBTOR2 REGARDING:
    GM/ID Z2 sd dnc at work its embarssing being paged he told me that
    he will pif once revision is done
12/20/16 09:57 NJF Sts Chg:PHN To PTP              D  004 12/20            PTP
12/20/16 09:57 NJF Promise PTP    1.00 On 122016   D  004 12/20            PTP
    PTP-PROMISE TO PAY...DEBTOR IS OUT TO RAISE OR CALLING BACK W/PAYMENT
    INFO.
12/21/16 08:54 NJF CLEARED OUT RS                  D  004 12/21            PTP
    CRS-NO CALL MADE...RS CLEARED OUT
    Z SENT PROOF DOESNT OWE
12/22/16 08:37 RMJ SUPPORT/CLIENT SVCS INFO UPDAT  D  004 12/22            PTP
    CLIENT SERVICES AND/OR SUPPORT HAS UPDATED NOTES/INFORMATION FOR THIS
    ACCOUNT.
    **ATTACHED EMAIL FROM PROP THAT STATES THE UD IS BEING REVERSED. BAL
    WILL BE MUCH SMALLER ONCE THIS IS COMPLETE THEY WILL SEND UPDATE ONCE
    COMPLETED
12/22/16 09:47 JXC IN1-INCOMING CALL-DBTR1         D  004 12/22            PTP
    IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING:
    9339
12/22/16 09:52 NJF IN1-INCOMING CALL-DBTR1         D  004 12/22            PTP
    IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING:
    GM/ID Z SD THAT HE IS SENDING IN PROOF THAT HE IS TRL
12/23/16 09:22 KD  Demographics Change             D  004 12/22            PTP
    Credit Report Flag Chg:  TO D
    Compliance Condition Code Chg:   TO XB
    Sequence# 02
01/23/17 14:13 NJF Sts Chg:PTP To PHN              D  004 12/22            PHN
```

```
ALEDFWKC 05/10/17  10:45:17   Print Debtor Work Card                    PAGE   3
01/23/17 14:13 NJF NO RESOLUTION                        D   004 01/23         PHN
     NRS-SPOKE TO DEBTOR NO RESOLUTION ON CALL
01/25/17 16:58 LAT THN-PHONE HOME#, NO MSG LEFT         D   004 01/25         PHN
     THN-PHONE HOME#, NO MESSAGE LEFT - NO MSG. 9337
01/26/17 16:30 TTI THN-PHONE HOME#, NO MSG LEFT         D   004 01/26         PHN
     THN-PHONE HOME#, NO MESSAGE LEFT
     6814
02/13/17 09:26 DH  Sts Chg:PHN To DIS                   D   004 01/26         DIS
02/13/17 09:26 DH  MANAGER REVIEW COMPLETED             D   004 02/13         DIS
     WE HAVE RECEIVED A DISPUTE FROM THE CONSUMER IN WRITING OR VERBALLY.
     WE HAVE CHANGED THE CREDIT REPORTING TO INDICATE THE DISPUTED STATUS
02/13/17 09:26 DH  Z IS DISPUTING THIS ACCOUNT.         D   004 02/13         DIS
02/13/17 09:50 MXB SUPPORT/CLIENT SVCS INFO UPDAT       D   004 02/13         DIS
     #LW="151985"
     CLIENT SERVICES AND/OR SUPPORT HAS UPDATED NOTES/INFORMATION FOR THIS
     ACCOUNT.
02/13/17 09:54 MXB SUPPORT/CLIENT SVCS INFO UPDAT       D   004 02/13         DIS
     CLIENT SERVICES AND/OR SUPPORT HAS UPDATED NOTES/INFORMATION FOR THIS
     ACCOUNT. CALLED PROPERTY 408-265-8291 NO ANSWER LEFT VM AND SENT A
     FOLLOW UP EMAIL TO MONTAGEMGR@JRK.COM AND CC CSOLANO FOR ASSISTANCE
02/13/17 09:55 MXB SUPPORT/CLIENT SVCS INFO UPDAT       D   004 02/13         DIS
     #LW="151985"
     CLIENT SERVICES AND/OR SUPPORT HAS UPDATED NOTES/INFORMATION FOR THIS
     ACCOUNT.
02/13/17 13:40 KJG IN1-INCOMING CALL-DBTR1              D   004 02/13         DIS
     IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING: 9339
02/13/17 14:16 LRW IN1-INCOMING CALL-DBTR1              D   004 02/13         DIS
     IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING:
     *9339
     IDZ GMM AOR
     XFERED TO REP
02/13/17 14:17 NJF IN1-INCOMING CALL-DBTR1              D   004 02/13         DIS
     IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING:
     told him will do deletion once they sent it to us
02/14/17 12:05 NJF IN1-INCOMING CALL-DBTR1              D   004 02/13         DIS
     IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING:
     MOP WANTS TALK DANE HILL I TOLD HIM THAT HE WANTS TALK WITH DANE
     HILL HE SD IS GONNA SUE US UIN NEXT DAY OR 2
02/14/17 12:10 NJF IN1-INCOMING CALL-DBTR1              D   004 02/13         DIS
     Z1 CALLED IN S DTHAT HE WANTS TO BR RL TODAY I TOLD HIM LOOKS AT
     LETTER LOOKS LIKE HE SHOULD BE RL TODAY
02/17/17 13:22 DH  CALLED CLIENT-LFT MSG                D   004 02/17         DIS
     TCL-PHONED CLIENT, LEFT MESSAGE FOR:
02/17/17 13:25 DH  Ltr to 01 ASSIGNED IN ERROR  SNT D   004 02/17 AIE         DIS
02/17/17 13:25 DH  Ltr to 01 ASSIGNED IN ERROR  SNT D   004 02/17 AIE         DIS
02/17/17 13:26 DH  Ltr to 01 RELEASED RECEIPT-D SNT D   004 02/17 RDR         DIS
02/17/17 13:27 DH  IN1-INCOMING CALL-DBTR1              D   004 02/17         DIS
     IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING:
     GMID TT Z CI NEEDS TO BE RELEASED.
02/17/17 13:27 MRH Demographics Change                  D   004 02/17         DIS
     Address Seq 01 Switched With 02
02/17/17 13:27 MRH Demographics Change                  D   004 02/17         DIS
     Address Seq 02 Moved To 04
```

```
ALEDFWKC 05/10/17  10:45:17     Print Debtor Work Card                    PAGE  4
02/17/17 13:27 MRH Ltr to 04 ASSIGNED IN ERROR  SNT D  004 02/17 AIE          DIS
02/17/17 13:28 DH  Ltr to 04 ASSIGNED IN ERROR  SNT D  004 02/17 AIE          DIS
03/14/17 10:10 KEM IN1-INCOMING CALL-DBTR1          D  004 02/17              DIS
   IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING:  Z1 CALLED IN SD
   THAT HE WANTS TO TALK TO REP TO RELEASE HIM
03/14/17 10:12 NJF IN1-INCOMING CALL-DBTR1          D  004 02/17              DIS
   IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING:
   z1 called ins d wants off credit he sd he sent us letetr i told him
   i know but still need client to confirm
03/14/17 10:28 CAG IN1-INCOMING CALL-DBTR1          D  004 02/17              DIS
   IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING:
   IDZ// ASKED TO SPEAK TO DH.. TRANS 1202
03/14/17 10:35 NJF IN1-INCOMING CALL-DBTR1          D  004 02/17              DIS
   IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING:
   z cb sd that he sent email he deosnt owe he sent email
03/14/17 10:36 NJF IN1-INCOMING CALL-DBTR1          D  004 02/17              DIS
   IN1-RECEIVED INOCOMING CALL FROM DEBTOR1 REGARDING:
   z sd he is sendnding email he doesnt owe
03/15/17 08:37 JMF MCS Action Taken                 D  004 02/17              DIS
   #LW="152014"
03/15/17 08:38 JMF Sts Chg:DIS To AIE               D  004 02/17              AIE
03/15/17 08:38 JMF Dsk Chg:004 To CLS               D  CLS 02/17              AIE
03/15/17 08:38 JMF *ASSIGNED IN ERROR*              C  CLS                    AIE
   ACCOUNT HAS BEEN ASSIGNED IN ERROR
   PROOF ATT

** End of Report **
```

## Melinda Brown

| | |
|---|---|
| **From:** | Dane Hill |
| **Sent:** | Monday, February 13, 2017 9:27 AM |
| **To:** | Melinda Brown |
| **Subject:** | FW: [External] Re: Brian Watkins |
| **Attachments:** | SMDNTAGE_C416122211000.pdf |

Account #8165848
This consumer is very upset and attached is a release he claims
makes him not liable. Please verify and release z1 if that is the
case.
Thanks

Dane Hill
Operations Manager
IQ Data International, Inc. | 888-248-2509
d/b/a RentCollect Global
www.rentcollectglobal.com
dane@iqdata-inc.com

 

RentCollect Global is a registered trade name of I.Q. Data International, Inc.

This communication is from a debt collector attempting to collect a debt. Any information
obtained will be used for that purpose.

The information in this email is intended only for the individual(s) named in the addressee
lines.
If the reader of this email, or the employee or agent responsible to deliver it to the named
recipient(s) is not the intended
recipient(s), you are hereby notified that any dissemination, distribution, or copying of the
communication is strictly prohibited. If you
have received this communication in error, please notify us immediately and destroy the
electronic communication along with any

1

attachments. Thank you.

**From:** Brian Watkins [mailto:bwatkinst@gmail.com]
**Sent:** Friday, February 10, 2017 7:29 PM
**To:** Dane Hill <dane@iqdata-inc.com>; Montage Apartments
<montage@trinity-pm.com>; montagelease4@jrk.com
**Subject:** [External] Re: Brian Watkins

Hi Dane,

I a huge PROBLEM and I believe it is with you and
Assurant! If you remember we had spoke about a debt that
was not mine from Montage Apartments in Citrus Heights,
CA around the date of 12/22/2016. I rented an apartment
with a roommate, but after the first year had signed a
roommate vacate form (please see attached). I thought we
had everything resolved, but clearly it is not! It seems to me
that Assurant, the company you work for has sold an
already settled debt (mine) to another debt collector IQ
Data. IQ Data has now reported this debt that we
established was not mine by you, Assurant and Montage
Apartments to my credit report and has already caused
DAMAGES! If I am not contacted back by the end of
Monday 2/13/2017 I will be contacting my attorney and
filling a civil suit against everyone mentioned in this email.
Along with that I will be contacting the Consumer
Financial Protection Bureau and Federal Trade
Commission.

Brian Watkins
916-412-9339

IQ DATA INT
COLLECTION/CHARGEOFFOther

$4,408

2

Status

- Date Reported

                                        Feb 06, 2017

- Payment Status

                                  Collection/Chargeoff

- Account Status

                                        Derogatory

- Amount Past Due

                                        Not Reported

Account Details

- Original Lender

                                  09 MONTAGE APTS CA

- Account Number

                                      *************5848

- Account Type

                                        Not Reported

- Responsibility

                                          Individual

-

                          3

- Credit Limit

Not Reported

- 
- 
- Highest Balance

$4,305

- 
- 
- 
- 

Payment Details

- Amount Past Due

Not Reported

- Date of Last Payment

Not Reported

- Monthly Payment

Not Provided

- 
- Payment Frequency

Not Reported

- 
- 

Lender Info

4

- 

    P.o. Box 3568
    Everett, WA 98213

- 

    (888) 248-2509

- 

On Thu, Dec 22, 2016 at 10:45 AM, Brain Watkins
<bwatkinst@gmail.com> wrote:

Sent from my iPhone

Begin forwarded message:

> **From:** Montage Apartments Lease 4
> <montagelease4@jrk.com>
> **Date:** December 22, 2016 at 10:38:27 AM PST
> **To:** "bwatkinst@gmail.com"
> <bwatkinst@gmail.com>
> **Subject: Fw: Brian Watkins**
>
> *Please see attached roommate release.*
>
>
> Thank you
>
> Erica

5

**From:** administrator@jrk.com
<administrator@jrk.com>
**Sent:** Thursday, December 22, 2016 11:01 AM
**To:** Montage Apartments Lease 4
**Subject:** Message from OAKCREEK_C454

6

**Rebecca M Johnson**

| | |
|---|---|
| **From:** | Melinda Brown |
| **Sent:** | Tuesday, December 20, 2016 11:17 AM |
| **To:** | Rebecca M Johnson |
| **Subject:** | FW: Reversal of UD |

Thank you and have a great day!

## Melinda Brown
Client Services Lead
IQ Data International, Inc.  |  888-313-9662
d/b/a RentCollect Global
*melinda@rentcollectglobal.com*

 

RentCollect Global is a registered trade name of I.Q. Data International, Inc.

This communication is from a debt collector attempting to collect a debt.  Any information obtained will be used for that purpose.

The information in this email is intended only for the individual(s) named in the addressee lines.
If the reader of this email, or the employee or agent responsible to deliver it to the named recipient(s) is not the intended
recipient(s), you are hereby notified that any dissemination, distribution, or copying of the communication is strictly prohibited. If you
have received this communication in error, please notify us immediately and destroy the electronic communication along with any
attachments. Thank you.

**From:** Dane Hill
**Sent:** Tuesday, December 20, 2016 9:48 AM
**To:** RCG_Client Services <clients@rentcollectglobal.com>
**Subject:** FW: Reversal of UD

Please review client email below.

Dane Hill
Operations Manager
IQ Data International, Inc. | 888-248-2509
d/b/a RentCollect Global
www.rentcollectglobal.com
dane@iqdata-inc.com

1

 

RentCollect Global is a registered trade name of I.Q. Data International, Inc.

This communication is from a debt collector attempting to collect a debt   Any information obtained will be used for that purpose.

The information in this email is intended only for the individual(s) named in the addressee lines.
If the reader of this email, or the employee or agent responsible to deliver it to the named recipient(s) is not the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately and destroy the electronic communication along with any attachments. Thank you.

**From:** Eric Niederberger [mailto:niederberger@live.com]
**Sent:** Tuesday, December 20, 2016 9:39 AM
**To:** Dane Hill <dane@iqdata-inc.com>
**Subject:** [External] Fwd: Reversal of UD

Sent from my iPhone

Begin forwarded message:

> **From:** Eric Niederberger <niederberger@live.com>
> **Date:** November 30, 2016 at 2:49:55 PM PST
> **To:** "woodmoremanor@garibaldico.com" <woodmoremanor@garibaldico.com>
> **Subject:** Fwd: Reversal of UD

> Sent from my iPhone

> Begin forwarded message:

>> **From:** Montage Apartments Manager <montagemgr@jrk.com>
>> **Date:** November 29, 2016 at 4:31:02 PM PST
>> **To:** "niederberger@live.com" <niederberger@live.com>
>> **Cc:** Montage Apartments Manager <montagemgr@jrk.com>
>> **Subject:** Reversal of UD

>> To whom it may concern:

>> We are in the process of vacating the UD against Eric Niederberger. This should reflect on his credit report within the next 60-90 days. He will only owe a small move out balance, once we have the reversal in place.

2

Please feel free to contact me directly if you need any more information.

Thank you,

*Christian Amrod*
*Property Manager*

**MONTAGE**
**APARTMENTS**

12801 Fair Oaks Boulevard.
Citrus Heights, CA 95610
P (916)722-3888 F (916)722-0116
Montagemgr@jrk.com

**I.Q. Data International, Inc.**

PO Box 2130, Everett, Washington 98213-0130 · 1010 SE Everett Mall Way #100, Everett, WA 98208
Hours: Monday-Friday 8AM TO 5PM PST · Toll Free 888-248-2509 or 425-609-2150 Fax: 425-609-2151
Send all Written Disputes to: P.O. Box 3568, Everett, WA 98213



December 14, 2016

Original Creditor: MONTAGE APTS (CA)                R01-Account #: 0008165848

| | |
|---|---|
| Principal Due: | $4,305.59 |
| Interest Due: | $57.80 |
| Other Due: | $0.00 |
| Total Due: | $4,363.39 |

Dear BRIAN WATKINS

Your past due account has been referred to our office for collection. Please remit payment in full or contact our office to make amicable arrangements.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor if different from the current creditor. This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose. Your unpaid principal balance will accrue interest at a rate of 007.00 percent per annum.

Sincerely,

KEN BANKS
Account Representative
888-248-2509

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described in the first paragraph above.

CCORENT0JR01 295411945

***Detach Lower Portion and Return with Payment***

| Card number plus 3 or 4 digit security code (on back of card) | | Circle One |
|---|---|---|
| Cardholder Name | EXP DATE / | |
| Cardholder Signature | AMOUNT $ | |

IQD
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

December 14, 2016

R01
BRIAN WATKINS
4024 Aitken Dairy Rd
Rocklin CA 95677-4026

I.Q. Data International, Inc.
PO Box 2130
Everett WA 98213-0130

Account # 0008165848
Total Due: $4,363.39

# I.O. Data International, Inc.

PO Box 2130, Everett, Washington 98213-0130 · 1010 SE Everett Mall Way #100, Everett, WA 98208
Hours: Monday-Friday 8AM TO 5PM PST · Toll Free 888-248-2509 or 425-609-2150 Fax: 425-609-2151

March 6, 2009

Re: OAK CREEK APT (WA)
Original Principal:     $715.12                    AIE-Account #: 351981-0
Interest Due:           $0.00
Total Due:              $0.00

Dear LINDA M CALDERON

As per our conversation your account with us was assigned in error. We are showing your account as being
cancelled in our system and if it was reported to any credit bureaus we will notify them to delete it completely
from your credit file.

Sincerely,

SHANNON HARMON
ACCOUNT REPRESENTATIVE

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used
for that purpose.

101CORENT01AIE



CORENT01
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

March 6, 2009

351981-0-AIE        000000001
հվիդիդիկներիկիկիկիկիկիկիկիկիկիկիկիկիկիկիկի
LINDA M CALDERON
32101 NE 64th Ave
La Center WA 98629-2702

Reviewed On 3/16/09
By  Binki
Name of CNR ATTORNEY
B127495

PO Box 2130, Everett, Washington 98213-0130 · 1010 SE Everett Mall Way #100, Everett, WA 98208
Hours: Monday-Friday 8AM TO 5PM PST · Toll Free 888-248-2509 or 425-609-2150 Fax: 425-609-2151



June 5, 2012

Original Creditor: MULTIFAMILY INFO SERVICES (WA)
Principal Due:      $20000.00              RDR-Account #: 002344-1
Interest Due:       $6447.88
Total Due:          $26797.88

Dear MINNIE MOUSE

We at I.Q. Data International, Inc., acknowledge receipt of your payment in the amount of $1000.00 on the date of 06/04/12 and hereby release you, and you alone, from any further liability related to the above mentioned debt to the original creditor and I.Q. Data International, Inc. I.Q. Data International, Inc., further agrees to request deletion of any negative information supplied to the credit bureaus regarding the above debt. Please contact the account representative below if you have any questions regarding your file.

Sincerely,

KEN BANKS
Account Representative
(888)-248-2509

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

101CORENT01RDR

101CORENTDIRDR



CORENT01
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

June 5, 2012

002344-1-RDR      000000002
ı|ı|ı||||ı|ıₗ|ıₗ|ıₗ|ıₗ|ıₗ|ıₗ|ıₗ||ıₗ||ıₗ|ₗ|ₗ|ₗ|ıₗ|ₗ|ıₗ|ₗ|ₗ|ıₗ|ₗ
MINNIE MOUSE
123 MAIN STREET
WOOT WOOT
EVERETT WA 98208-      Reviewed On ___6.15.12___
                       By _____
                       Name of CNR ATTORNEY
                       202132

**From:**   Montage Apartments

12801 Fair Oaks Blvd
Citrus Heights, CA 95610

**To:**   Eric Niederberger, Brian Watkins
12801 Fair Oaks Blvd #343
Citrus Heights, CA 95610

**Statement of Security Deposit Accounts**

Jan 26, 2017

Account: 01-343

**Residents:**
Eric Niederberger
Brian Watkins

**Agreement:**

| Lease begins | 05/06/14 |
|---|---|
| Lease ends | 05/31/15 |
| Move-in | 05/06/14 |
| Notice | 08/19/16 |
| Move-out | 10/05/16 |

| On Hand: | SECURITY DEPOSIT | 100.00 |
|---|---|---|
| | | 100.00 |
| Balances Due: | | 0.00 |
| | | 0.00 |
| New Charges: | admin fee | 100.00 |
| | | 100.00 |

**Summary:**

| Total Deposits | 100.00 |
|---|---|
| Total Prepaid | 0.00 |
| Applied to Due | 0.00 |
| Applied to Other | 100.00 |
| Refunded | 0.00 |
| Due Property | 0.00 |

If you should have any questions regarding this statement, please contact our office. The Leasing Office phone number is (916) 722-3898.

Thank you.

## ROOMMATE NOTICE TO VACATE
## AND SECURITY DEPOSIT RELEASE

DATE: 7/13/15

APT# 343

     This will serve as my written notice to vacate the premises located at 12801 Fair Oaks Blvd (address) apartment # 343 , on May 31, 2015 (date).

     As of the above date I will no longer be responsible for any damages to the apartment. I am vacating, providing/return the keys to management. I relinquish all rights to the apartment.

     All responsibility is given to the remaining roommate(s):

ERIC Niederberger _____ (Name)

_____ (Name).

Agree that Brian Watkins _____ (vacating roommate) is not responsible for any damages in the above referenced apartment.

     I agree to release the total security deposit paid on apartment # 343 in the amount of $ 100.00 to the above named roommate(s).

_Vanessa Sandoval_
**Management Representative**

_signature_
**Vacating Resident**

_signature_
**Remaining Resident**

7/18/15
**Date**

6/2/15
**Date**

7/13/15
**Date**